NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIE STEPHENS, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7157

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 12-1173, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

The Secretary moves for a 7-day extension of time, until September 17, 2012, to file his response brief electronically with his brief attached. The court notes that the Secretary's paper brief received on September 10, 2012 was rejected on September 13, 2012, and the Secre-

WILLIE STEPHENS V. SHINSEKI                                              2

tary was given a due date of September 27, 2012 to file a corrected brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the Secretary's corrected informal response brief is due no later than September 27, 2012.

FOR THE COURT

SEP 2 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Willie Stephens, Jr.
    Lauren S. Moore, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2012

JAN HORBALY
CLERK